NUMBER 13-09-00144-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

CARL FRANCIS BADALICH AND 

CARL F. BADALICH & ASSOCIATES, Appellants,


v.


 

AMERICAN FIDELITY & LIBERTY 

INSURANCE COMPANY, Appellee.

_____________________________________________________________


On Appeal from the 148th District Court


of Nueces County, Texas.


______________________________________________________________

 

MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellants perfected an appeal from a judgment entered by the 148th District Court
of Nueces County, Texas, in cause number 04-7211-E. Appellants have filed an
unopposed motion to dismiss the appeal on grounds that the appellants no longer wish to
pursue this appeal. Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party incurring same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the
court will tax costs against the appellant."). Having dismissed the appeal at appellants'
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Delivered and filed the

11th day of February, 2010.